JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

DIRECT DIAL: (631) 247-4652
EMAIL ADDRESS: JEFFREY.BRECHER@JACKSONLEWIS.COM

August 6, 2026

**VIA ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Gastride Paris v. Jewish Child Care Association of New York, Inc.**
**Case No. 1:26-cv-02701 (RA)**

Dear Judge Abrams:

As counsel for Defendants, we write jointly with Plaintiff's counsel to advise the parties have reached a settlement in principle to resolve the claims in this action. Accordingly, and pursuant to the Mediation Referral Order for Cases That Include Claims Under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* (ECF Dkt. No. 10), the parties respectfully request until September 8, 2026, to file a *Cheeks* application with the Court for approval of the FLSA settlement.

We thank the Court for its time and continued attention to this matter.

Very truly yours,

JACKSON LEWIS P.C.

/s/ Jeffrey Brecher

Jeffrey W. Brecher

cc: All Counsel (Via ECF)

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
August 7, 2026

4900-2370-9125, v. 1