TA LEGAL GROUP PLLC
WWW.TALEGALGROUP.COM

**TAIMUR ALAMGIR, ESQ.**
DIRECT: (914) 552-2669
EMAIL: tim@talegalgroup.com

**MATTHEW DAIDOLA, ESQ.**
DIRECT: (631) 942-7399
EMAIL: matthew@talegalgroup.com

**TA LEGAL GROUP PLLC**
205 EAST MAIN STREET, SUITE 3-4
HUNTINGTON, NY 11743

September 8, 2026

**VIA NYSCEF**
Honorable Ronnie Abrams
United States District Court
40 Foley Square
New York, NY 10007

***Re: Gastride Paris v. Jewish Child Care Association of New York, NY, Inc. Case No.: 1:26-cv-02701 (RA)***

Dear Judge Abrams

My firm represents Plaintiff, Gastride Paris, in the above captioned matter. We write to respectfully request an extension to Friday, September 11, 2026, to file the *Cheeks* motion. This extension is requested due to delays occasioned by the Labor Day holiday weekend, including a delay in obtaining the necessary notarization of the papers from the client. As a result, additional time is needed to finalize the papers and ensure that the motion is properly prepared for filing. Defense counsel consents to the requested extension.

We thank the Court for its time and continued attention to this matter.

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
September 9, 2026

Respectfully Submitted,

Taimur Alamgir, Esq.
Matthew Daidola, Esq.
TA Legal Group PLLC
205 E. Main Street, Ste 3-4
Huntington, NY, 11743
(631) 942-7399
Matthew@talegalgroup.com
Tim@talegalgroup.com