UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GASTRIDE PARIS, *on behalf of herself, FLSA Collective Plaintiffs and Class Members*,

Plaintiff,

v.

JEWISH CHILD CARE ASSOCIATION OF NEW YORK, INC., DAVID SPOKOWSKI,

Defendants.

26-CV-2701 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On September 11, 2026, the parties moved for approval of their Fair Labor Standards Act settlement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). *See* Dkt. 24. However, Plaintiff's retainer agreement was not attached to the joint motion. To allow the Court to consider "the reasonableness of [the proposed] attorneys' fees," *Fisher v. SD Protection, Inc.*, 948 F.3d 593, 606 (2d Cir. 2020), Plaintiff shall submit the retainer agreement no later than October 20, 2026.

SO ORDERED.

Dated: October 13, 2026
New York, New York

Ronnie Abrams
United States District Judge